Opinion filed March 11, 1935. Rehearing stricken March 25, 1935.

Harrington & McDonnell, for appellants; Joseph T. Harrington, of counsel. Thomas J. Courtney, State's Attorney, and William H. Sexton, Corporation Counsel, for appellees; William J. Tuohy, Jacob Shamberg, Brendan J. O'Brien and Gerald E. Hornidge, Assistant State's Attorneys, Otto F. Weiner and William V. Daly, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

**George Bambakaris, appellee, v. L. O. Thieme, trading as L. O. Thieme and Company, appellant. Gen. No. 37,879.**

Opinion filed March 11, 1935.

William H. Herbert, for appellant. Ader & Ader, for appellee; David B. Rothstein, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**Dora H. Preston, appellant, v. Henry P. Knight, appellee. Gen. No. 37,901.**

Opinion filed March 11, 1935.

A. V. Smith and Ray E. Thomas, for appellant; Miller, Gorham, Wales & Adams, for appellee; Edward R. Adams and Herbert C. DeYoung, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**Waleria Kasprzyk, appellee, v. Rose Belakiewicz et al., appellant. Gen. No. 37,945.**

Opinion filed March 11, 1935. Rehearing denied March 25, 1935.

Danaher & Garriott, for appellant. Joseph F. Elward, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Seymour Stedman et al., plaintiffs in error. Gen. No. 37,210.**

Opinion filed March 11, 1935.

A. C. Lewis and E. S. Feinstein, for plaintiffs in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wil-

son, J. Albert Woll and Henry E. Seyfarth, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Orlean Liston Brown Johnson et al., appellants, v. First Union Trust and Savings Bank, as executor and trustee under the last will and testament of William L. Brown, deceased, et al., appellees. Gen. No. 38,022.

Opinion filed March 20, 1935. Rehearing denied March 26, 1935.

Kirkland, Fleming, Green & Martin, Taylor, Miller, Busch & Boyden and Urion, Bishop, Sladkey & Boutell, for appellants; Weymouth Kirkland, Francis X. Busch, Howard Ellis, J. Fred Reeve and Preston Boyden, of counsel. William Beye, Royal B. Cushing, Ashcraft & Ashcraft, Rosenthal, Hamill & Wormser, Butler, Pope, Ballard & Elting and Tenney, Harding, Sherman & Rogers, for appellees; Willard L. King and Thomas E. Fiske, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Elizabeth H. Manning, respondent, v. F. W. Woolworth Company and Irene Leonard Prueitt, petitioners. Gen. No. 37,978.

Opinion filed March 26, 1935. Rehearing denied and supplemental opinion filed April 10, 1935.

Robertson, Crowe & Spence, for petitioners; Burt A. Crowe and Ednyfed H. Williams, of counsel. John A. Bloomingston, for respondent.

Mr. Justice Matchett delivered the opinion of the court.

Charles P. Campbell and Marshall Campbell, defendants in error, v. William T. Alden et al., plaintiffs in error. Gen. No. 37,419.

Opinion filed March 29, 1935. Rehearing denied April 9, 1935.

Alden, Latham & Young, for certain plaintiffs in error. A. W. Martin and Edward H. S. Martin, for defendants in error.

Mr. Presiding Justice Friend delivered the opinion of the court.

Felix Matarrese, defendant in error, v. Dr. Attilio Monaco, plaintiff in error. Gen. No. 37,431.